# VELVA L. PRICE
## Travis County District Clerk
Travis County Courthouse Complex
P.O. Box 679003
Austin, Texas 78767-9003



FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/13/2015 4:53:16 PM
CHRISTOPHER A. PRINE
Clerk

May 13, 2015

Mr. Christopher A. Prine
Clerk of the First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Dear Mr. Prine:

Our office received a notice of late filing for the clerk's record in case no. **01-15-00361-CV**; *Freddie Lee Walker v. Rissie Owens, et al.* On March 25, 2015 our office received a Request for Findings of Fact and Conclusions of Law and a Motion for New Trial from Mr. Walker. Based on these two filings this put our due date on July 1, 2015, calculating 120 days from the date of the March 4th judgment. Enclosed with this letter are copies of the Plaintiff's pleadings filed on March 25, 2015. Please advise our office if we are in error.

If you have any questions please contact me at (512) 854-3229.

Sincerely,
Kirby Hernandez
Deputy Court Clerk

cc:      Freddie Lee Walker (via U.S. mail)
         Jennifer L. Daniel (via e-mail)
         Court File

Trial Court No. D-1-GN-14-001926

| **Administrative Offices** | **Civil and Family Division** | **Criminal Division** | **Jury Office** |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax: 854-4744 | fax: 854-9549 | fax: 854-4566 | fax: 854-4457 |